**Opinion issued June 20, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00002-CV

_____

**NATALIYA ALLEN, Appellant**

**V.**

**VERABANK, N.A., AS SUCCESSOR DEPENDENT ADMINISTRATOR FOR THE ESTATE OF JAMES PERRY ALLEN, JR., DECEASED**

---

**On Appeal from the County Court**
**Grimes County, Texas**
**Trial Court Case No. 8916**

---

## MEMORANDUM OPINION

Appellant has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.941(a), 101.041; Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial

Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). After being notified by notice issued on January 23, 2024 that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 42.3(c). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.